UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 06-00802-RMT |
|---|---|---|
| Plaintiff, | ) | ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c) |
| vs. | ) | |
| MICHAEL LEGGINS, | ) | |
| Defendant. | ) | |

This matter having come before the court on the motion filed January 22, 2009 by defendant Michael Leggins for reduction of sentence pursuant to 18 U.S.C. § 3582(c),

IT IS ORDERED that the government shall file a response no later than February 17, 2009; reply by defendant, if any, shall be filed by March 9, 2009. On or about March 30, 2009, the court shall issue either (a) a ruling or (b) an order for further briefing or setting the matter for hearing.

Dated: January 29, 2009

_____
ROBERT M. TAKASUGI
United States District Sr. Judge